NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED

IN THE DISTRICT COURT
OF APPEAL OF FLORIDA
SECOND DISTRICT

MARY SMITH-SANTANA,

     Appellant,

v.

SECOND DISTRICT COURT OF
APPEAL,

     Appellee.

_____/

Case No.  2D23-2234
LT Case No. 2022-CA-005441

Opinion filed January 26, 2024

Appeal from the Circuit Court
for Pinellas County,
Patricia Muscarella, Judge.

Mary Smith-Santana, Tarpon Springs, pro se.

Ashley Moody, Attorney General, Tallahassee,
and Ivy Pereira Rollins, Assistant Attorney
General, Tampa, for Appellee.


PER CURIAM.

     AFFIRMED. *See* Fla. R. App. P. 9.315(a).


LAMBERT, BRIAN D., EDWARDS, JAMES, A., and JAY, HARVEY,
Associates Judges, concur.